51 So.2d 920

Neverkerizzle (alias Nebuchadrezzar) **WHIT-FIELD v. STATE.**

**6 Div. 85.**

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

46 So.2d 868

Gus **WILLIAMS v. STATE.**
**6 Div. 998.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

Assault and battery.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

46 So.2d 869

Hobson (alias Hob) **WILLIAMS v. STATE.**
**6 Div. 914.**

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Fayette County; Verdo Elmore, Judge.

Manslaughter, first degree.

Jas. A. McCollum, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., for the State.

See, also, 32 Ala.App. 597, 28 So.2d 731; 34 Ala.App. 253, 39 So.2d 29.

PER CURIAM.
Abated on account of death of appellant.

47 So.2d 927

John C. **WILLIAMS v. STATE.**
**6 Div. 924.**

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Rape.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

51 So.2d 920

J. M. **WILLIAMS v. Marie WILLIAMS.**
**7 Div. 83.**

Court of Appeals of Alabama.
Jan. 18, 1951.

Appeal from Circuit Court, Cleburne County; Leslie C. Longshore, Judge.

PER CURIAM.

Appeal dismissed.

49 So.2d 928

Robert T. **WILLIAMS v. STATE.**
**6 Div. 964.**

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Appeal dismissed.